FAGEN FRIEDMAN & FULFROST, LLP
Jonathan P. Read, SBN 199101
jread@f3law.com
Shiva E. Stein, SBN 215012
sstein@f3law.com
Madisyn L. Ukrainetz SBN 330010
mukrainetz@f3law.com
1525 Faraday Avenue, Suite 300
Carlsbad, California 92008
Phone: 760-304-6000
Fax: 760-304-6011

JS-6

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| JOSE AMAYA, formerly minor J.A., BLANCA and BENJAMIN MENESES,<br><br>  Plaintiffs,<br><br>vs.<br><br>CHAFFEY JOINT UNION HIGH SCHOOL DISTRICT,<br><br>  Defendant. | CASE NO. 5:20-cv-01903-JFW-SHKx<br><br>**JUDGMENT**<br><br>Judge:      Hon. John F. Walter<br>Trial Date: October 5, 2020 |

After full consideration of the matter, this Court finds as follows:

Plaintiffs Jose Amaya, formerly minor J.A. (Student), by and through his aunt and uncle, Blanca and Benjamin Meneses (the Meneses) (collectively Plaintiffs), sought review of an administrative law judge's determination under the Individuals with Disabilities Education Act (IDEA), 20 U.S.C. section 1400, et seq., that the Chaffey Joint Union High School District (District) did not deny Student a free and appropriate public education (FAPE). Plaintiffs were represented by attorneys Sheila Bayne, Diana Renteria, and Coleman Alguire of the Law Offices of Sheila Bayne. District was represented by attorneys, Jonathan P. Read, Shiva E. Stein, and Madisyn L. Ukrainetz of Fagen Friedman and Fulfrost LLP.

A court trial in this matter was originally set for October 5, 2021, before the Honorable John F. Walter in Courtroom 7A of the United States District Court Central District of California.

After reviewing the record in this action, the Court concluded that a trial was not necessary and gave the parties the option of consenting or objecting to vacating the trial. Sheila C. Bayne consented to vacating the trial on behalf of Plaintiffs, and Shiva E. Stein consented to vacating the trial on behalf of Defendant District. Accordingly, the court trial was vacated.

After considering the administrative record, the briefs, and arguments therein, the Court affirmed the decision of administrative law judge, Rommel P. Cruz (ALJ), finding the ALJ's Decision to be thorough, careful, intensive, comprehensive, and entitled to substantial deference.

Specifically, the Court's Minutes Regarding Findings of Fact and Conclusions of Law (Document 56) wherein the Court affirmed the ALJ's decision finding that (1) the District offered Student a FAPE; (2) the District did not deny Student a FAPE by failing to assess Student when he enrolled in the District; (3) the District did not deny Student a FAPE by failing to assess him "upon notice of disability" because the District did not have notice or any reasons to suspect that Student had a disability necessitating a referral for assessment; (4) the District did not deny Student a FAPE by denying his representatives participation in the IEP process; and (5) the District conducted appropriate assessments of Student in determining that he did not meet the eligibility requirements for special education.

**WHEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered on behalf of Defendant Chaffey Joint Union High School and that Plaintiffs' Complaint is dismissed with prejudice. Each party is to bear their own respective attorney fees and costs in this matter. This case is now closed.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: May 6, 2022

Hon. John F. Walter
Judge, United States District Court